## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **5:24-cv-02685-JGB (DTBx)**                                    Date: **May 21, 2026**

Title: **Jofama Coleman, et al. v. Los Angeles Sheriff's Department, et al.**
================================================================

**DOCKET ENTRY**
================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | RS-CS-4 |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEY PRESENT FOR PLAINTIFF:                    ATTORNEY PRESENT FOR THIRD-PARTY:

Steven E. Art                                                        Karen E. Escalante
                                                                            Jonathan Kent Ramler


**PROCEEDINGS: INFORMAL DISCOVERY CONFERENCE**

The matter was called, and counsel stated their appearances on the record. Steven E. Art, Esq., of Loevy and Loevy, appeared remotely on behalf of Plaintiff. Karen E. Escalante, Esq., and Jonathan Kent Ramler, Esq., both Adams, Durek and Kamenstein, LLP, appeared remotely on behalf of the Defendants.

The parties outlined the current discovery dispute, and each provided the Court with their respective positions. After discussion between the Court and counsel, the Court ordered the parties to further meet and confer regarding the instant dispute. For the reasons stated on the record the parties mutually agree to report back to the Court by the close of business on June 1, 2026, to report the status of their efforts to resolve the dispute.

If a further conference is required, the parties can reach out to the Court to schedule at DTB_Chambers@cacd.uscourts.gov.

**IT IS SO ORDERED**.


MINUTES FORM 11                                                        Time 0:28
CIVIL-GEN                                                  Initials of Deputy Clerk  RAM