**David B. Owens** (SBN 275030)
david@loevy.com
**Megan Pierce** (SBN 314044)
megan@loevy.com
**Jon Loevy**, IL Bar: 6218254*
jon@loevy.com
**Steven Art**, IL Bar: 6302319*
steve@loevy.com
**Jordan Poole,** IL Bar: 6344459*
poole@loevy.com
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900
Fax: (312) 243-5902

*Admitted Pro hac vice*

**Michael D. Seplow** (SBN 150183)
**Paul Hoffman** (SBN 71244)
mseplow@sshhzlaw.com
hoffpaul@aol.com
Schonbrun Seplow Harris
Hoffman &amp; Zeldes LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731

*Counsel for Plaintiffs,*
*JOFAMA COLEMAN, JOCELYNE*
*COLEMAN, and ABEL SOTO*

**LOEVY & LOEVY**
**Attorneys at Law**

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOFAMA COLEMAN and JOCELYNE COLEMAN, <br> *Plaintiffs,* <br><br> v. <br><br> LOS ANGELES SHERIFF'S DEPARTMENT, et al. <br> *Defendants.* | Case No.: 5:24-cv-2685-JGB-SHK <br><br> Hon. Jesus G. Bernal, District Judge <br><br> Hon. David T. Bristow, Magistrate Judge |
| | **Plaintiffs' Unopposed Motion to Depose Incarcerated Person** <br><br> Date:　　　July 6, 2026 <br> Time:　　　9:00 am <br> Courtroom:　1 (Hon. Jesus G. Bernal, District Judge) |

- 1 -

24-CV-2685

PLEASE TAKE NOTICE that on July 6, 2026, or as soon thereafter as the matter may be heard, in Courtroom 1 of the George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street, Riverside, California, Plaintiffs will move the Court for an Order allowing Plaintiffs to depose an incarcerated witness.

Dated: June 5, 2026.

LOEVY & LOEVY
Attorneys at Law

24-CV-2685

**MEMORANDUM**

Plaintiffs, Jofama Coleman, Jocelyne Coleman, and Abel Soto, respectfully move this Court, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, for leave to depose Jesse Robles, and states as follows:

**INTRODUCTION**

1.     This lawsuit seeks redress for the injuries suffered by Plaintiffs Jofama Coleman, Jocelyne Coleman, and Abel Soto, as a result of Mr. Soto and Mr. Coleman's wrongful conviction for the murder of Jose Robles.

2.     After spending approximately nearly two decades in prison for a crime they did not commit, Mr. Soto and Mr. Coleman's convictions were vacated.

**JESSE ROBLES**

3.     Jesse Robles, the brother of the victim, was an eyewitness to the underlying crime. During the criminal proceedings, he testified that he saw Mr. Coleman driving the van used during the shooting. Mr. Robles later recanted, however, explaining that he could not and did not see Mr. Coleman that night and that his testimony during the criminal proceedings was false.

4.     Jesse Robles is currently incarcerated at the California State Prison, Corcoran located at 4001 King Ave, Corcoran, CA, 93212. Ex. A.

5.     As described above, Mr. Robles is an important third-party witness in this case.

6.     Plaintiffs seek leave to depose Mr. Robles as an incarcerated witness and Defendants do not oppose this request.

7.     The parties have conferred and agreed to take Mr. Robles's deposition on July 16, 2026, provided it works for the facility.

WHEREFORE, Plaintiffs seek an order from this Court pursuant to Fed. R. Civ. P. 30(a)(2)(B) granting him leave to depose incarcerated witness Jesse Robles.

24-CV-2685

Respectfully submitted,


                              **JOCELYNE COLEMAN and**

                              **JOFAMA COLEMAN**


                              By: /s/ Jordan Poole_____

                              *One of Plaintiffs' attorneys*

LOEVY & LOEVY
Attorneys at Law

24-CV-2685

## **CERTIFICATE OF SERVICE**

I, Jordan Poole, an attorney, certify that on June 5, 2026, I caused the foregoing document to be served by electronic mail on all counsel of record.

/s/ Jordan Poole

LOEVY & LOEVY
Attorneys at Law

24-CV-2685