**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOFAMA COLEMAN, et al.<br>PLAINTIFF(S)<br>v.<br>LOS ANGELES SHERIFF'S DEPARTMENT, et al.<br>DEFENDANT(S). | CASE NUMBER<br>5:24−cv−02685−JGB−DTB<br><br>**MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge David T. Bristow. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistrate Judge: David T. Bristow

Date/Time: September 9, 2026 at 10:00 AM

Courtroom: Zoom Visit http://www.cacd.uscourts.gov/honorable−david−t−bristow

August 28, 2026
Date

By */s/ Rebecca Camacho*
Deputy Clerk